UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NESTOR SANTOS, an individual, | ) | Case No.: 5:11-cv-03387-EJD |
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| WACHOVIA now doing business as WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE CORPORATION, a Corporation, and DOES 1 through 50, inclusive, | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation To Dismiss With Prejudice filed by the parties through their counsel of record, IT IS HEREBY ORDERED:

The case is dismissed with prejudice.

The clerk shall close this file.

Dated: September 19, 2011

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document entitled:

**ORDER OF DISMISSAL WITH PREJUDICE**

on all interested parties in said case addressed as follows:

*Served Electronically via the Court's CM/ECF System:*

| *Counsel for Plaintiff* *NESTOR SANTOS:* | *Counsel for Defendant,* *CAL-WESTERN RECONVEYANCE CORPORATION:* |
|---|---|
| Wendell J. Jones The Law Office of Wendell J. Jones 1901 S. Bascom Ave., Suite 333 Campbell, CA 95008 | Robin P. Wright (#150984) rwright@wrightlegal.net Nicole K. Neff (#257964) nneff@wrightlegal.net WRIGHT, FINLAY & ZAK, LLP 4665 MacArthur Court, Suite 280 Newport Beach, California 92660 Tel: (949) 477-5050; Fax: (949) 477-9200 |

☐ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **September 15, 2011.**

| Kimberly Wooten | /s/ Kimberly Wooten |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |

95451/000923/00226610-1               CERTIFICATE OF SERVICE